**** CASE NUMBER: 502020CA000463XXXXMB Div: AO ****

Filing # 101585652 E-Filed 01/13/2020 06:38:21 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

JEAN EDOUASSAINT,

    Plaintiff,

vs.

CASE NO.:

PRESTRESSED CONTRACTORS, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, JEAN EDOUASSAINT (hereinafter, "Plaintiff"), by and through the undersigned counsel, sues the Defendant, PRESTRESSED CONTRACTORS, INC. (hereinafter, "Defendant"), and in support thereof, alleges as follows:

### INTRODUCTION

1. This is an action by Plaintiff for retaliatory discharge to seek unpaid wages, and recover all damages against Defendant pursuant to Florida Statutes §440.205 ("Coercion Statute").

### JURISDICTION AND VENUE

2. The amount in controversy in this matter exceeds the jurisdictional minimum of this Court.

3. All such acts alleged herein were committed within this judicial circuit and therefore venue is appropriate.

4. Plaintiff has satisfied all conditions precedent to the maintenance of this action.

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 01/13/2020 06:38:21 PM

## PARTIES

5. At all times material hereto, Plaintiff is over the age of eighteen (18) years, a citizen of the United States, sui juris and a former employee of Defendant.

6. At all times material hereto, Defendant was conducting business in this judicial district, was the former employer of the Plaintiff, and is otherwise an employer under the Coercion Statute.

## ALLEGATIONS

7. Plaintiff was an employee of the Defendant since 2003, as a Foreman.

8. Unfortunately, during this employment, Plaintiff suffered a terrible injury that placed him on workers compensation, where he received a metal blade to the face and had to have multiple plastic surgeries for facial reconstruction.

9. It was only three months after he returned from his workers compensation injury, in August of 2019, that he was suddenly terminated without reason.

## COUNT I
## COERCION OF EMPLOYEES-FLA. STAT. §440.205

The Plaintiff incorporates by reference paragraphs 1 through 9 herein, and states as follows:

10. The Plaintiff engaged in protected activity under the Coercion Statute by proceeding with a valid claim for under Worker's Compensation Law.

11. The Defendant discharged the Plaintiff, in violation of the Coercion Statute, because of Plaintiff's protected activity under Workers' Compensation Law.

12. As a direct and proximate result of the Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages.

NOT A CERTIFIED COPY

WHEREFORE, the Plaintiff requests that the Court order the following:

a. Declaring that the acts and practices complained of herein by the Defendant are in violation of the Coercion Statute;

b. Awarding back pay, prejudgment interest, post judgment interest and damages for all employment compensation and benefits the Plaintiff would have received but for the unlawful acts of the Defendant;

c. Awarding the Plaintiff compensatory, consequential, and emotional damages;

d. Awarding the Plaintiff all other sums of money, medical benefits and other employment benefits with interest thereon to which Plaintiff is entitled; and

e. Ordering any other and further relief pursuant to the Act or any other authority that this Court deems to be just and proper in this matter.

**DEMAND FOR JURY TRIAL**

The Plaintiff demands a trial by jury as to all counts.

Dated: January 13, 2020.            Respectfully submitted,

                                   Law Offices of Levy & Levy, P.A.
                                   1000 Sawgrass Corporate Parkway, Suite 588
                                   Sunrise, Florida  33323
                                   Telephone: (954) 763-5722
                                   Facsimile: (954) 763-5723
                                   *Counsel for Plaintiff*

                                   */s/ Chad Levy*
                                   CHAD E. LEVY, ESQ.
                                   chad@levylevylaw.com
                                   Secondary: assistant@levylevylaw.com
                                   F.B.N.: 0851701
                                   DAVID M. COZAD, ESQ.
                                   david@levylevylaw.com
                                   F.B.N.: 333920